**Official Form 1 (04/07)**

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>McGrath, Jennifer Michelle | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Pulcini, Bruce Michael , Jr. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Jennifer McGrath Pulcini; aka Jennifer Pulcini | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Bruce Pulcini; faw Cal-Com LLC; fdba Cal-Comm;<br>fdba California Communications |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all):   3553 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all):   5791 |
| Street Address of Debtor (No. and Street, City,  and State)<br>8612 Lorraine Dr.<br>Huntington Beach, CA<br>ZIPCODE  92646 | Street Address of Joint Debtor (No. and Street, City, and State)<br>8612 Lorraine Dr.<br>Huntington Beach, CA<br>ZIPCODE  92646 |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business:<br>Orange |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
5932 Bolsa Avenue, Suite 102, Huntington Beach, CA   ZIPCODE 92649

**Type of Debtor**
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of  Business**
(Check one  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  Telephone systems sales, installation and service

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetiion from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,000  to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  –  31534 - Adobe PDF

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of lessor or lessor)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☑ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s) |
| *(This page must be completed and filed in every case)* | Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Jennifer Michelle McGrath
_____
    Signature of Debtor

**X** /s/ Bruce Michael Pulcini, Jr.
_____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)
11/26/07
_____
    Date

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to § 1511 of title 11 United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    (Date)

### Signature of Attorney

**X** /s/ Richard G. Heston, Esq.
_____
    Signature of Attorney for Debtor(s)
RICHARD G. HESTON, ESQ. 90738
_____
    Printed Name of Attorney for Debtor(s)
Heston & Heston, Attorneys at Law
_____
    Firm Name
4100 Newport Place Dr. Suite 260
_____
    Address
Newport Beach, CA 92660
_____
(949) 222-1041
_____
    Telephone Number
11/26/07
_____
    Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
    Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
    Address

**X** _____

_____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
    Signature of Authorized Individual

_____
    Printed Name of Authorized Individual

_____
    Title of Authorized Individual

_____
    Date

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Richard G. Heston, Esq.   90738<br>4100 Newport Place Drive., Suite 260<br>Newport Beach, CA 92660<br>(949) 222-1041 Voice   (949) 222-1043 Fax<br>☒ Attorney for: Debtors | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: Jennifer Michelle McGrath<br>Bruce Michael Pulcini, Jr.<br><div align="right">Debtor(s).</div> | CASE NO.:<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists                    Date Filed: 11-26-07
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other: _____                        Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_Signature of Signing Party_                                        11-26-07
                                                                    Date

Jennifer Michelle McGrath
_Printed Name of Signing Party_

_Signature of Joint Debtor (if applicable)_                         11-26-07
                                                                    Date

Bruce Michael Pulcini, Jr.
_Printed Name of Joint Debtor (if applicable)_

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_Signature of Attorney for Signing Party_                          11-26-07
                                                                    Date

Richard G. Heston, Esq.
_Printed Name of Attorney for Signing Party_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re Jennifer Michelle McGrath & Bruce
Michael Pulcini, Jr.

_____    Case No._____
Debtor(s)                                        (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

**Official Form 1, Exh. D (10/06) – Cont.**

☐  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Jennifer Michelle McGrath
_____
JENNIFER MICHELLE MCGRATH

Date: 11/26/07 _____

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

2

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re  Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr._____      Case No._____

               Debtor(s)                                     (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

**Official Form 1, Exh. D (10/06) – Cont.**

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor: /s/ Bruce Michael Pulcini, Jr. _____
            BRUCE MICHAEL PULCINI, JR.

Date: 11/26/07 _____

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2

## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   Debtor believes to have filed a Voluntary Chapter 7 Petition in Central District of California, Santa Ana Division more than 8

   years ago; however, after doing a search on Web Pacer and West Law, was unable to turn up any information regarding

   same.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Newport Beach , California.

Dated  11/26/07

/s/ Jennifer Michelle McGrath

*Debtor*
Jennifer Michelle McGrath

/s/ Bruce Michael Pulcini, Jr.

*Joint Debtor*
Bruce Michael Pulcini, Jr

B 201 - Notice of Available Chapters (Rev. 04/06)                                                    USBC, Central District of California

Richard G. Heston, Esq.    SBN: 90738

Name: Heston & Heston, Attorneys at Law _____

Address: 4100 Newport Place
Suite 260 _____

Newport Beach, California 92660-2423 _____

Telephone: (949) 222-1041 _____    Fax: (949) 222-1043 _____

[X] Attorney for Debtor
[ ] Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| Jennifer Michelle McGrath<br>aka Jennifer McGrath Pulcini<br>aka Jennifer Pulcini<br>aka Bruce Pulcini<br>faw Cal-Com LLC<br>fdba Cal-Com<br>fdba California Communications | **NOTICE OF AVAILABLE CHAPTERS**<br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

---

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

1. <u>**Services Available from Credit Counseling Agencies**</u>

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **<u>before</u>** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

2. <u>**The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**</u>

   <u>**Chapter 7:**</u>  **Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

   1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

B 201 - Notice of Available Chapters (Rev. 04/06)                                    USBC, Central District of California

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.  **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 04/06)                                   USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer Address: | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

X _____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Jennifer Michelle McGrath
Bruce Michael Pulcini, Jr.
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  /s/ Jennifer Michelle McGrath      11/26/07
Signature of Debtor                        Date

X  /s/ Bruce Michael Pulcini, Jr.      11/26/07
Signature of Joint Debtor (if any)         Date

Official Form 6 - Summary (10/06)

# United States Bankruptcy Court

## Central District of California

In re    Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.      Case No. _____

                  Debtor

                                                Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $  882,000.00 | | |
| B – Personal Property | YES | 4 | $  166,147.00 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $  775,459.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $  448,667.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 5 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $  12,422.94 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $  12,588.00 |
| TOTAL | | 29 | $1,048,147.00 | $1,224,126.00 | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

# United States Bankruptcy Court

## Central District of California

In re   Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.    Case No. _____

Debtor

Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  N.A. |
| 4.  Total from Schedule F | | $  N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  N.A. |

In re    Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.          Case No.
_____                    _____
**Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence - 8612 Lorraine Dr., Huntington Beach, CA 92646 | Fee Simple | C | 882,000.00 | 760,000.00 |
| | | Total ➤ | 882,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

In re    Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.       Case No. _____

        **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank account maintained at Wells Fargo Bank Huntington Beach, CA | C | 0.00 |
| | | Bank account maintained at Downey Savings Huntington Beach, CA | C | 300.00 |
| | | Bank account maintained at Independence Bank Fountain Valley, CA | C | 100.00 |
| | | Bank account maintained at HBCECU Huntington Beach, CA | C | 4,300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit maintained with Landlord Business Security deposit maintained for Office Lease<br><br>Domino Realty<br>9990 Santa Monica Blvd.<br>Beverly Hills, CA 90212 | C<br>C | 2,100.00<br>2,480.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Home furnishings, appliances, etc. In debtors' possession | C | 5,000.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, etc. In debtors' possession | C | 1,500.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

In re ___Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.___     Case No. _____
                **Debtor**                                                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6.   Wearing apparel. | | Clothing and apparel<br>In debtors' possession | C | 1,000.00 |
| 7.   Furs and jewelry. | | Jewelry<br>In debtors' possession | C | 2,500.00 |
| | | Over-shoulder long mink jacket<br>In debtors' possession | C | 200.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | Sports and other hobby equipment<br>In debtors' possession | C | 1,000.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance policy maintained through State Farm Insurance | H | 9,873.00 |
| | | Life Insurance policy maintained through State Farm Insurance | W | 10,749.00 |
| 10.   Annuities.  Itemize and name each issuer. | | Deferred Life Annuity maintained through State Farm Insurance | H | 1,251.00 |
| | | Variabel Deferred Annuity maintained through State Farm Insurance | H | 7,808.00 |
| | | Flexible Premium Retirement Annuity maintained through State Farm Insurance | W | 1,417.00 |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | CalPers Account<br>457(b) Plan | W<br>W | 72,375.00<br>14,164.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |

In re    Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.
_____    Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chevrolet Avalanche LS1500 In debtors' possession | C | 14,340.00 |
| | | 2001 Ford Expedition XLT In debtors' possession | C | 6,490.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Misc. office furniture | C | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

In re    Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.                    Case No. _____
            **Debtor**                                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Time Share fractional interest Vacation Village - Bonaventure | C | 7,000.00 |

_____0_____    continuation sheets attached      Total      $    166,147.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

In re ___Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.___    Case No. _____
               Debtor                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence | CCP § 704.730(a)(2) | 75,000.00 | 882,000.00 |
| Bank account maintained at Wells Fargo Bank | CCP § 704.070 | 0.00 | 0.00 |
| Bank account maintained at Downey Savings | CCP § 704.070 | 300.00 | 300.00 |
| Bank account maintained at Independence Bank | CCP § 704.070 | 100.00 | 100.00 |
| Bank account maintained at HBCECU | CCP § 704.070 | 4,300.00 | 4,300.00 |
| Home furnishings, appliances, etc. | CCP § 704.020 | 5,000.00 | 5,000.00 |
| Books, pictures, etc. | CCP § 704.020 | 1,500.00 | 1,500.00 |
| Clothing and apparel | CCP § 704.020 | 1,000.00 | 1,000.00 |
| Jewelry | CCP § 704.040 | 2,500.00 | 2,500.00 |
| Sports and other hobby equipment | CCP § 704.020 | 1,000.00 | 1,000.00 |
| Misc. office furniture | CCP § 704.060(a) | 200.00 | 200.00 |
| CalPers Account | CCP § 704.115 | 72,375.00 | 72,375.00 |
| 457(b) Plan | CCP § 704.115 | 14,164.00 | 14,164.00 |
| Deferred Life Annuity maintained through State Farm Ins. | CCP § 704.115 | 1,251.00 | 1,251.00 |
| Variabel Deferred Annuity maintained through State Farm Ins. | CCP § 704.115 | 7,808.00 | 7,808.00 |
| Life Insurance policy maintained through State Farm Ins. | CCP § 704.100 | 9,873.00 | 9,873.00 |

In re   <u>Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.</u>     Case No. _____
          **Debtor**                                   **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Life Insurance policy maintained through State Farm Ins. | CCP § 704.100 | 902.00 | 10,749.00 |
| Flexible Premium Retirement Annuity maintained through State Farm Ins. | CCP § 704.115 | 1,417.00 | 1,417.00 |
| Over Shoulder Long Mink Jacket | CCP § 704.040 | 200.00 | 200.00 |
| 2001 Ford Expedition XLT | CCP § 704.010 | 2,550.00 | 6,490.00 |

Official Form 6D (10/06)

In re _____,    Case No. _____
      Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.

          **Debtor**                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C §112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6581 <br><br> Bank of America <br> PO Box 9000 <br> Gentzville, NY 19886-5726 | | | Incurred: 7/2006 <br> Lien: Deed of Trust <br> Security: 8612 Lorraine Dr., Huntington Beach, CA 92646 <br><br> VALUE $      882,000.00 | | | | 760,000.00 | 0.00 |
| ACCOUNT NO. L003 <br><br> Huntington Beach ECU <br> 2000 Main St. <br> Huntington Beach, CA 92648 | | | Incurred: 8/2005 <br> Lien: PMSI in vehicle < 910 days <br> Security: 2005 Chevrolet Avalance <br><br> VALUE $      14,340.00 | | | | 15,459.00 | 1,119.00 |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |

<u>  0  </u> continuation sheets attached

                                              Subtotal ► | $ 775,459.00 | $ 1,119.00
(Total of this page)

                                              Total ► | $ 775,459.00 | $ 1,119.00
(Use only on last page)

                                        (Report total also on      (If applicable, report
                                        Summary of Schedules)    also on Statistical
                                                      Summary of Certain
                                                      Liabilities and Related
                                                      Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

**Official Form 6E (4/07)**

In re  Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.                      Case No._____
                                      Debtor                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

**Official Form 6E (4/07) - Cont.**

In re___Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr._____,    Case No._____
                              Debtor                                                         (if known)

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0_ **continuation sheets attached**

**Official Form 6F (10/06)**

In re  <u>Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.</u>,    Case No. _____

<u>Debtor</u>                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1691 <br><br> Achieve Global <br> PO Box 414532 <br> Boston, MA 00241 | X | | Incurred: 2007 <br> Consideration: Business Debt | | | | 2,171.00 |
| ACCOUNT NO.  LS618 <br><br> AFLAC <br> 1932 Wynnton Rd. <br> Columbus, GA 31999 | X | | Incurred: 2007 <br> Consideration: Business Debt | | | | 965.00 |
| ACCOUNT NO. <br><br> Allison Place Shirt Corp. <br> 2615 Fruitland Ave. <br> Vernon, CA 90058 | | | Incurred: 2007 <br> Consideration: Refund of Deposit | | | | 2,909.00 |
| ACCOUNT NO.  91006 <br><br> American Express <br> Box 0001 <br> Los Angeles, CA 90096 | X | | Incurred: 2004 <br> Consideration: Business Debt | | | | 1,462.00 |

10 ____continuation sheets attached                     Subtotal ➤ | $ | 7,507.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re   Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr. ,        Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8603<br><br>Bank of America<br>PO Box 15710<br>Wilmington, DE 19886 | X | | Incurred: 2006<br>Consideration: Business Debt | | | | 25,043.00 |
| ACCOUNT NO.  1171<br><br>Bank of America<br>PO Box 15716<br>Wilmington, DE 19886-5716 | X | | Incurred: 1998-2007<br>Consideration: Business Debt | | | | 4,902.00 |
| ACCOUNT NO.  4993<br><br>Bank of America<br>PO Box 35140<br>Louisville, KY 40232 | | | Incurred: 2000-2007<br>Consideration: Credit Card Debt (Unsecured) | | | | 11,000.00 |
| ACCOUNT NO.  8678<br><br>Bank of America<br>PO Box 35140<br>Louisville, KY 40232 | | | Incurred: 2007<br>Consideration: Credit Card Debt (Unsecured) | | | | 25.00 |
| ACCOUNT NO.  OMHB<br><br>Beach Wire & Cable<br>15881 Chemical Ln.<br>Huntington Beach, CA 92649 | X | | Incurred: 2007<br>Consideration: Business Debt | | | | 9,406.00 |

Sheet no. _1_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 50,376.00

Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re   Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr. ,    Case No. _____
　　　　　　　　　　Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7668 <br><br> Blue Cross <br> PO Box 54630 <br> Los Angeles, CA 90054 | | X | Incurred: 2007 <br> Consideration: Business Debt | | | | 701.00 |
| ACCOUNT NO.  2601 <br><br> Capital One Bank <br> PO Box 60067 <br> City of Industry, CA 91716-0067 | | X | Incurred: 2002-2007 <br> Consideration: Business Debt | | | | 2,086.00 |
| ACCOUNT NO.  1563 <br><br> Capital One Bank <br> PO Box 60067 <br> City of Industry, CA 91716-0067 | | X | Incurred: 2002-2007 <br> Consideration: Business Debt | | | | 2,207.00 |
| ACCOUNT NO.  1226 <br><br> CB Services <br> 34175 Camino Capistrano <br> Capistrano Beach, CA 92627 | | | Incurred: 2005 <br> Consideration: Medical Services | | | | 24.00 |
| ACCOUNT NO.  2559 <br><br> Chase <br> PO Box 94014 <br> Palatine, IL 60094-4014 | | X | Incurred: 2002-2007 <br> Consideration: Business Debt | | | | 9,219.00 |

Sheet no.  2   of  10   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $  14,237.00

Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re   Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr. ,          Case No. _____
              Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9054<br><br>Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 | | X | Incurred: 1996-2007<br>Consideration: Business Debt | | | | 8,934.00 |
| ACCOUNT NO. 3103<br><br>Citgo<br>PO Box 15687<br>Wilmington, DE 19850 | | X | Incurred: 2007<br>Consideration: Business Debt | | | | 152.00 |
| ACCOUNT NO. 1388<br><br>Citibank<br>PO Box 15109<br>Wilmington, DE 19850 | | X | Incurred: 2000-2007<br>Consideration: Business Debt | | | | 15,310.00 |
| ACCOUNT NO. 1001<br><br>Dell Financial Services<br>PO Box 5292<br>Carol Stream, IL 60197 | | X | Incurred: 2006<br>Consideration: Business Debt | | | | 1,500.00 |
| ACCOUNT NO. 6805<br><br>Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850 | | X | Incurred: 2005-2007<br>Consideration: Business Debt | | | | 5,129.00 |

Sheet no. _3__ of _10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $  31,025.00

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re   Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr. ,          Case No. _____
          Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1232<br><br>Federal Express<br>PO Box 7221<br>Pasadena, CA 91109 | X | | Incurred: 2007<br>Consideration: Business Debt | | | | 288.00 |
| ACCOUNT NO. 1527<br><br>First Premier Bank<br>601 S. Minnesota Ave.<br>Sioux Falls, SD 57104 | | | Incurred: 2006-2007<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 201.00 |
| ACCOUNT NO. 9145<br><br>First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD 57117 | X | | Incurred: 2007<br>Consideration: Business Debt | | | | 392.00 |
| ACCOUNT NO. 4496<br><br>Harris Infosource<br>2057 E Aurora<br>Twinsburg, OH 44087 | X | | Incurred: 2007<br>Consideration: Business Debt | | | | 720.00 |
| ACCOUNT NO. 0608<br><br>HFS USA<br>PO Box 8633<br>Elmhurst, IL 60126 | X | | Incurred: 2007<br>Consideration: Business Debt | | | | 9,918.00 |

Sheet no. __4__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $   11,519.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re   Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr. ,     Case No. _____
              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9296 <br><br> Home Depot <br> PO Box 6029 <br> The Lakes, NV 88901 | X | | Incurred: 2005 <br> Consideration: Business Debt | | | | 2,562.00 |
| ACCOUNT NO.  0536 <br><br> Huntington Beach ECU <br> 2000 Main St. <br> Huntington Beach, CA 92648 | | | Incurred: 2005-2007 <br> Consideration: Credit Card Debt <br> (Unsecured) | | | | 20,230.00 |
| ACCOUNT NO.  L044 <br><br> Huntington Beach ECU <br> 2000 Main St. <br> Huntington Beach, CA 92648 | | | Incurred: 2007 <br> Consideration: Credit Line | | | | 5,000.00 |
| ACCOUNT NO. <br><br> Huntington Commerce Ctr LLC <br> c/o Dominoi Realty <br> 9990 Santa Monica Blvd. <br> Beverly Hills, CA 90212 | X | | Consideration: Business Debt | | | | 75,000.00 |
| ACCOUNT NO.  0902 <br><br> Inter-Tel <br> 885 Tradmark Dr. <br> Reno, NV 89521 | X | | Incurred: 2007 <br> Consideration: Business Debt | | | | 37,456.00 |

Sheet no. _5_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $         140,248.00

Total➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  -  31534 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re    Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr. ,          Case No. _____
              **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0400<br><br>Kaiser Permanante<br>File Number 54803<br>Los Angeles, CA 90074 | X | | Incurred: 2007<br>Consideration: Business Debt | | | | 2,657.00 |
| ACCOUNT NO. 4313<br><br>Nextel Sprint<br>PO Box 66075<br>Dallas, tX 75266-0075 | X | | Incurred: 2007<br>Consideration: Business Debt | | | | 244.00 |
| ACCOUNT NO. 7319<br><br>Office Automation<br>775 Bennett<br>Longwood, FL 32750 | X | | Incurred: 2007<br>Consideration: Business Debt | | | | 1,431.00 |
| ACCOUNT NO. L102<br><br>Parallel Technologies<br>1040 E Howell St.<br>Anaheim, CA 92805 | X | | Incurred: 2007<br>Consideration: Business Debt | | | | 650.00 |
| ACCOUNT NO. 7868<br><br>Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285 | X | | Incurred: 2007<br>Consideration: Business Debt | | | | 220.00 |

Sheet no. _6_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    5,202.00

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re   Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr. ,      Case No. _____
              Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0002 <br><br> Sallie Mae Servicing <br> 1002 Arthur Dr. <br> Lynn Haven, FL 32444 | | | Incurred: 1993-1995 <br> Consideration: Student Loans | | | | 6,000.00 |
| ACCOUNT NO.  0004 <br><br> Sallie Mae Servicing <br> 1002 Arthur Dr. <br> Lynn Haven, FL 32444 | | | Incurred: 1993-1995 <br> Consideration: Student Loans | | | | 2,664.00 |
| ACCOUNT NO.  0003 <br><br> Sallie Mae Servicing <br> 1002 Arthur Dr. <br> Lynn Haven, FL 32444 | | | Incurred: 1993-1995 <br> Consideration: Student Loans | | | | 2,188.00 |
| ACCOUNT NO.  0001 <br><br> Sallie Mae Servicing <br> 1002 Arthur Dr. <br> Lynn Haven, FL 32444 | | | Incurred: 1993-1995 <br> Consideration: Student Loans | | | | 2,000.00 |
| ACCOUNT NO.  0005 <br><br> Sallie Mae Servicing <br> 1002 Arthur Dr. <br> Lynn Haven, FL 32444 | | | Incurred: 1993-1995 <br> Consideration: Student Loans | | | | 43,687.00 |

Sheet no. _7_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   56,539.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re   Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr. ,          Case No. _____
                              Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical">Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7011 <br><br> Security Systems Plus <br> 10411 Kukui Dr. <br> Huntington Beach, CA 92646 | X | | Incurred: 2007 <br> Consideration: Business Debt | | | | 98.00 |
| ACCOUNT NO.  8542 <br><br> Southern California Edison <br> PO Box 600 <br> Rosemead, CA 91771 | X | | Incurred: 2007 <br> Consideration: Business Debt | | | | 631.00 |
| ACCOUNT NO.  3599 <br><br> State Farm Fire & Casualty <br> 900 Old River Rd. <br> Bakersfield, CA 93311-6000 | X | | Incurred: 2007 <br> Consideration: Business Debt | | | | 7,723.00 |
| ACCOUNT NO.  2188 <br><br> Target Distributing <br> 19560 Ameranth Dr. <br> Germantown, MD 20874 | X | | Incurred: 2007 <br> Consideration: Business Debt | | | | 1,722.00 |
| ACCOUNT NO.  6824 <br><br> Telepacfic <br> PO Box 526015 <br> Sacramento, CA 95852 | X | | Incurred: 2007 <br> Consideration: Business Debt | | | | 1,730.00 |

Sheet no.  8   of  10   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 11,904.00
Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr. ,          Case No. _____
                        Debtor                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9828 <br><br> US Bank <br> PO Box 790408 <br> St. Louis, MO 63179 | | X | Incurred: 2003 <br> Consideration: Business Debt | | | | 5,449.00 |
| ACCOUNT NO.  3001 <br><br> Verizon <br> PO Box 9688 <br> Mission Hills, CA 91346 | | X | Incurred: 2007 <br> Consideration: Business Debt | | | | 207.00 |
| ACCOUNT NO.  9898 <br><br> Washington Mutual <br> PO Box 660487 <br> Dallas, TX 75266 | | X | Incurred: 2005 <br> Consideration: Business Debt | | | | 307.00 |
| ACCOUNT NO.  7250 <br><br> Wells Fargo Business Line <br> PO Box 54349 <br> Los Angeles, CA 90054 | | X | Incurred: 2006 <br> Consideration: Business Debt | | | | 25,147.00 |
| ACCOUNT NO.  2727 <br><br> Wells Fargo Business Loan <br> PO Box 54349 <br> Los Angeles, CA 90054 | | X | Incurred: 2007 <br> Consideration: Business Debt | | | | 35,000.00 |

Sheet no. __9__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    66,110.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr. ,    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2001<br><br>Wells Fargo Financial Leasing<br>PO Box 6434<br>Carol Stream, IL 60197 | X | | Incurred: 2006<br>Consideration: Business Debt | | | | 54,000.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. _10_ of _10_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 54,000.00

Total ► $ 448,667.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form B6G
(10/05)

In re ___Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.___     Case No. _____
             **Debtor**                                                       **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☑    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

In re    Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.    Case No. _____

_____    _____

**Debtor**    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | HFS USA<br>PO Box 8633<br>Elmhurst, IL 60126 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Capital One Bank<br>PO Box 60067<br>City of Industry, CA 91716-0067 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Capital One Bank<br>PO Box 60067<br>City of Industry, CA 91716-0067 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Citgo<br>PO Box 15687<br>Wilmington, DE 19850 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form B6H Cont'd.
(10/05)

In re   Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.          Case No. _____
                          **Debtor**                                                         **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Citibank<br>PO Box 15109<br>Wilmington, DE 19850 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Washington Mutual<br>PO Box 660487<br>Dallas, TX 75266 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Bank of America<br>PO Box 15716<br>Wilmington, DE 19886-5716 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | First Premier Bank<br>PO Box 5519<br>Sioux Falls, SD 57117 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Home Depot<br>PO Box 6029<br>The Lakes, NV 88901 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | US Bank<br>PO Box 790408<br>St. Louis, MO 63179 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | American Express<br>Box 0001<br>Los Angeles, CA 90096 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Wells Fargo Business Loan<br>PO Box 54349<br>Los Angeles, CA 90054 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form B6H Contd.
(10/05)

In re    Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.      Case No. _____
                 **Debtor**                                                         **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Wells Fargo Business Line<br>PO Box 54349<br>Los Angeles, CA 90054 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Bank of America<br>PO Box 15710<br>Wilmington, DE 19886 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | AFLAC<br>1932 Wynnton Rd.<br>Columbus, GA 31999 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Telepacfic<br>PO Box 526015<br>Sacramento, CA 95852 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Office Automation<br>775 Bennett<br>Longwood, FL 32750 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Beach Wire & Cable<br>15881 Chemical Ln.<br>Huntington Beach, CA 92649 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Harris Infosource<br>2057 E Aurora<br>Twinsburg, OH 44087 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Security Systems Plus<br>10411 Kukui Dr.<br>Huntington Beach, CA 92646 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form B6H Cont'd.
(10/05)

In re   Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.          Case No. _____
_____
**Debtor**                                                                        **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Inter-Tel<br>885 Tradmark Dr.<br>Reno, NV 89521 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Kaiser Permanante<br>File Number 54803<br>Los Angeles, CA 90074 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Parallel Technologies<br>1040 E Howell St.<br>Anaheim, CA 92805 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Southern California Edison<br>PO Box 600<br>Rosemead, CA 91771 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Verizon<br>PO Box 9688<br>Mission Hills, CA 91346 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Target Distributing<br>19560 Ameranth Dr.<br>Germantown, MD 20874 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Nextel Sprint<br>PO Box 66075<br>Dallas, tX 75266-0075 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form B6H Cntd.
(10/05)

In re    Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.              Case No. _____
_____
**Debtor**                                                                  **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Blue Cross<br>PO Box 54630<br>Los Angeles, CA 90054 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Achieve Global<br>PO Box 414532<br>Boston, MA 00241 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Federal Express<br>PO Box 7221<br>Pasadena, CA 91109 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | State Farm Fire & Casualty<br>900 Old River Rd.<br>Bakersfield, CA 93311-6000 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Dell Financial Services<br>PO Box 5292<br>Carol Stream, IL 60197 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Wells Fargo Financial Leasing<br>PO Box 6434<br>Carol Stream, IL 60197 |
| Cal-Comm LLC<br>5932 Bolsa Avenue<br>Suite 102<br>Huntington Beach, CA 92649 | Huntington Commerce Ctr LLC<br>c/o Dominoi Realty<br>9990 Santa Monica Blvd.<br>Beverly Hills, CA 90212 |

Official Form 6I (10/06)

In re ___Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.___    Case _____
     **Debtor**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: **Separated** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Son, Daughter** | AGE(S): **7 yrs., 5 yrs.** |

| **Employment:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | City Attorney | President |
| Name of Employer | City of Huntington Beach | Self-Employed |
| How long employed | 11 yrs., 8 mos. | 12 yrs. |
| Address of Employer | 2000 Main St. | |
| | Huntington Beach, CA 92648 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 16,711.65 | $ 0.00 |
| 2. Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 16,711.65 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 3,331.29 | $ 0.00 |
|     b. Insurance | $ 284.96 | $ 0.00 |
|     c. Union Dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify: _(D)Retirement; FSA___ ) | $ 672.46 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 4,288.71 | $ 0.00 |
| 6.. TOTAL NET MONTHLY TAKE HOME PAY | $ 12,422.94 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income _____ (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 12,422.94 | $ 0.00 |
| 16. COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15;  if there is only one debtor repeat total reported on line 15.) | $  12,422.94 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    None

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  -  31534 - Adobe PDF

In re     Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.        Case No. _____
                         **Debtor**                                                      **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $    4,275.00 |
|     a. Are real estate taxes included?    Yes _____ No ✓ | | |
|     b. Is property insurance included?    Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | | $    300.00 |
|            b. Water and sewer | | $    65.00 |
|            c. Telephone | | $    50.00 |
|            d. Other   Cable | | $    217.00 |
| 3. Home maintenance (repairs and upkeep) | | $    100.00 |
| 4. Food | | $    800.00 |
| 5. Clothing | | $    300.00 |
| 6. Laundry and dry cleaning | | $    150.00 |
| 7. Medical and dental expenses | | $    100.00 |
| 8. Transportation (not including car payments) | | $    230.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $    1,000.00 |
| 10. Charitable contributions | | $    250.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | | $    102.00 |
|        b. Life | | $    275.00 |
|        c. Health | | $    0.00 |
|        d. Auto | | $    480.00 |
|        e. Other | | $    0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $    0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|        a. Auto | | $    364.00 |
|        b. Other | | $    0.00 |
|        c. Other | | $    0.00 |
| 14. Alimony, maintenance, and support paid to others | | $    0.00 |
| 15. Payments for support of additional dependents not living at your home | | $    0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $    0.00 |
| 17. Other       ChildCare; Child Therapy; Grooming | | $    3,530.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $    12,588.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | | $    12,422.94 |
|     b. Average monthly expenses from Line 18 above | | $    12,588.00 |
|     c. Monthly net income (a. minus b.) | | $    -165.06 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.4-704 - 31534 - Adobe PDF

In re  Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.                     Case No. _____
              **Debtor**                                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __31__ sheets *(total shown on summary page plus 2),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _11/26/07_____          Signature: _/s/ Jennifer Michelle McGrath_____
                                                                                    Debtor:

Date _11/26/07_____          Signature: _/s/ Bruce Michael Pulcini, Jr._____
                                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                              Social Security No.
of Bankruptcy Petition Preparer                                           *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
      Signature of Bankruptcy Petition Preparer                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documen, unless the bankruptcy petition preparer is not an individualt:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 2),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                                  _____
                                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Official Form 7
(04/07)

UNITED STATES BANKRUPTCY COURT
Central District of California

In Re _____     Case No. _____
Jennifer Michelle McGrath & Bruce Michael                              (if known)
Pulcini, Jr.

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  Do not include the name or address of a minor child in this statement.  Indicate payments, transfers and the like to minor children by stating "a minor child."  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation ofthe debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 2007(db) $155,411.13 | Earnings |
| 2006(db) $163,597 | Earnings |
| 2005(db) $157,053.12 | Earnings |
| | |
| 2007(jdb) $27,000 | Earnings |
| 2006(jdb) $32,000 | Earnings |
| 2005(jdb) $68,000 | Earnings |

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                     SOURCE

None

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Sallie Mae, Inc.<br>PO Box 9533<br>Wilkes-Barre, PA 18773-9533 | $750 Monthly | $2,250 | $54,394.60 |
| HBECU<br>2000 Main St.<br>Huntington Beach, CA 92648 | 8/21;9/13/07 | $1,451 | $20,229.65 |
| Bank of America<br>PO Box 15726<br>Wilmington, dE 19886-5726 | 7/18; 9/13/07 | $705.00 | $10,276.10 |
| Bank of America<br>PO Box 9000<br>Gentzville, NY 14068-9000 | 7/5;8/3;8/31;07 | $12,825.00 | $760,000 |
| Chase Visa<br>PO Box 94014<br>Palatine, IL 60094-4014 | 7/20/07 | $758 | $9,219.15 |
| Chase Mastercard<br>PO Box 94014<br>Palatine, IL 60094-4014 | 7/6;8/7/07 | $2,337.67 | $8,687.62 |
| First Premier Bank<br>PO Box 5147<br>Sioux Falls, SD 57117-5147 | 7/23;8/6;9/10/07 | $939.08 | $436.11 |
| Home Depot<br>PO Box 6029<br>The Lakes, NV 88901-6029 | 7/12/07 | $797 | $2,562.02 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| HFC, Inc. PO Box 60101 City of Industry, CA 91716-0101 | 7/5;8/1/07 | $866.00 | $9,661.16 |
| Wells Fargo Business Loan PO Box 54349 Los Angeles, CA 90054-0349 | 8/3;8/14;9/12/07 | $3,417.60 | $30,318.85 |
| Wells Fargo Financial Leasing PO Box 6434 Carol Stream, IL 60197-6434 | 7/30/07 | $2,998.44 | $50,000 |
| Wells Fargo Busines Line PO Box 54349 Los Angeles, CA 90054-0349 | 7/6;8/6/07 | $777.00 | $25,105.71 |
| Washington Mutual PO Box 9015 Pleasanton, CA 94566-9015 | 7/14;8/14/06 | $850.69 | $306.61 |

None

☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None      a.      List all suits and administrative proceedings to which the debtor is or was a party within one year
⊠         immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13
          must include information concerning either or both spouses whether or not a joint petition is filed, unless the
          spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None      b.      Describe all property that has been attached, garnished or seized under any legal or equitable process
⊠         within one year immediately preceding the commencement of this case. (Married debtors filing under chapter
          12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
          petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
⊠         lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
          case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
          either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
          is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None      a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately
⊠         preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
          any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
          and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Richard G. Heston, Esq. Heston & Heston, Attorneys at Law 4100 Newport Place Dr. Suite 260 Newport Beach, CA 92660 | 9/14/07; 11/26/07 | $200 (includes filing fee) $999 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

**10. Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial
☒      affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
       commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
       is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☒      were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this
       case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares
       and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and
       other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
       concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒      valuables within one year immediately preceding the commencement of this case.    (Married debtors filing
       under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
       joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 – 31534 - Adobe PDF

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒ 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.        If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Cal-Comm LLC | 33-0544337 | dba Cal-Comm 5932 Bolsa Ave. Suite 102 Huntington Beach, CA 92649 | Sales/Service/ Installation of Business Telephone Systems | 10/1995 to 10/31/07 |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☒          bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒          case have audited the books of account and records, or prepared a financial statement  of the debtor.

NAME                           ADDRESS                    DATES SERVICES RENDERED

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☒          books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                           ADDRESS

None    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐          financial statement was issued within the two years immediately preceding the commencement of this case by
           the debtor.

NAME AND ADDRESS                                          DATE
                                                         ISSUED

Intertel                                                 7/10/07
885 Tradmark Dr.
Reno, NV 89521

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  -  31534 - Adobe PDF

**20.  Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐          taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                                              (Specify cost, market or other basis)

                                                Bruce Pulcini

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒          reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF
                                                                INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS              NATURE OF INTEREST                PERCENTAGE OF INTEREST

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☒          directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                      NATURE AND PERCENTAGE OF
                                                                                    STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒          immediately preceding the commencement of this case.

NAME                              ADDRESS                        DATE OF WITHDRAWAL

None ☒  b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.    Withdrawals from a partnership or distribution by a corporation**

None ☒  If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.    Tax Consolidation Group**

None ☒  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25.    Pension Funds**

None ☒  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___11/26/07_____    Signature
of Debtor    /s/ Jennifer Michelle McGrath
_____
JENNIFER MICHELLE MCGRATH

Date ___11/26/07_____    Signature
of Joint Debtor    /s/ Bruce Michael Pulcini, Jr.
_____
BRUCE MICHAEL PULCINI, JR.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
    (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____    _____
Signature of Bankruptcy Petition Preparer    Date
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

___0___ continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

In re  Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.                    ,    Case No. _____

Debtor                                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*[Check each applicable box]*

[√] We have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

[ ] We have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

[√] We intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be Reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2005 Chevrolet Avalanche ... | Huntington Beach ECU | | | | √ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| NONE | | |

Date:  11/26/07 _____    /s/ Jennifer Michelle McGrath _____
                                    Signature of Debtor    JENNIFER MICHELLE MCGRATH

Date:  11/26/07 _____    /s/ Bruce Michael Pulcini, Jr. _____
                                    Signature of Joint Debtor    BRUCE MICHAEL PULCINI, JR.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

B203
12/94

# United States Bankruptcy Court
### Central District of California

In re  Jennifer Michelle McGrath & Bruce Michael Pulcini, Jr.

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
     and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
     rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

     For legal services, I have agreed to accept ..................................................... $ ___1,800.00___

     Prior to the filing of this statement I have received .........……………....…........... $ ____900.00____

     Balance Due ................................……………………………................…... $ ____900.00____

2.   The source of compensation paid to me was:

     ☑ Debtor              ☐ Other (specify)

3.   The source of compensation to be paid to me is:

     ☑ Debtor              ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and
     associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
     of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 31534 - Adobe PDF

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

| 11/26/07 | /s/ Richard G. Heston, Esq. |
|---|---|
| Date | Signature of Attorney |
| | Heston & Heston, Attorneys at Law |
| | Name of law firm |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Richard G. Heston, Esq.    SBN: 90738<br>Heston & Heston, Attorneys at Law<br>4100 Newport Place<br>Suite 260<br>Newport Beach, California 92660-2423<br>(949) 222-1041<br>(949) 222-1043<br>90738<br>Attorney for  Debtors | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: Jennifer Michelle McGrath<br>Bruce Michael Pulcini Jr. | CHAPTER 7 |
|---|---|
| | CASE NUMBER |
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)*  9/15/07 , I agreed with the Debtor that for a fee of $ 1,800.00 , I
    would provide only the following services:

    a.  [X]  Prepare and file the Petition and Schedules
    b.  [X]  Represent the Debtor at the 341(a) Hearing
    c.  [ ]  Represent the Debtor in any relief from stay actions
    d.  [ ]  Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
            11 U.S.C. § 727
    e.  [ ]  Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
            11 U.S.C. § 523
    f.  [ ]  Other *(specify)*:

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct
    and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 11/26/07

Heston & Heston, Attorneys at Law
*Law Firm Name*

I HEREBY APPROVE THE ABOVE:

By:/s/ Richard G. Heston, Esq.

/s/ Jennifer Michelle McGrath

*Debtor*
Jennifer Michelle McGrath

Name: Richard G. Heston, Esq.    SBN: 90738
*Attorney for Debtor*

/s/ Bruce Michael Pulcini Jr.

*Joint Debtor*
Bruce Michael Pulcini, Jr

February 2006                                                          2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  Jennifer Michelle McGrath<br>Bruce Michael Pulcini Jr. | CHAPTER: 7 |
| Debtor(s). | CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, <u>Jennifer Michelle McGrath</u>                                        , the debtor in this case, declare under penalty
              *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

[X]  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
      60-day period prior to the date of the filing of my bankruptcy petition.
      (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

[ ]  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
      no payment from any other employer.

     I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I, <u>Bruce Michael Pulcini, Jr</u>                                        , the debtor in this case, declare under penalty of
          *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

     I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for
      the 60-day period prior to the date of the filing of my bankruptcy petition.
      (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

[X]  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
      no payment from any other employer.

     I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


Date  <u>11/26/07</u>                    Signature   <u>/s/ Jennifer Michelle McGrath</u>
                                                              *Debtor*
                                                       Jennifer Michelle McGrath

Date  <u>11/26/07</u>                    Signature   <u>/s/ Bruce Michael Pulcini Jr.</u>
                                                       *Joint Debtor (if any)*
                                                       Bruce Michael Pulcini, Jr

                                                                                    CCD-521

| Close | Sec. | New... | Dis. | Abo | Links ▼ Print | OLE... | Internet |

| Address Number | 15030 | | MC GRATH, JENNIFER M | | Route | 5 |
| Check Date | 9/28/2007 | Pay Period Ending Date | 9/21/2007 | | Check No. | 170484 |

| Pay/Accrual Description | Hours | Hourly Rate | Gross Pay | YTD Amount | DBA Code | Deduction Description | Current Amount | YTD Gross Amount | Seq. | Pay Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 80.00 | 87.410 | 6,992.80 | 125,994.05 | | Gross Wages | 7713.07 | 163,124.20 | 1 | P |
| GenLvTkn | | | | 5,349.15 | | Federal Income Tax | 1030.86 | 24,631.12 | 2 | P |
| ExecLvTkn | | | | 6,992.80 | | Federal Medicare Withheld | 99.07 | 2,122.66 | 3 | P |
| GenLvtoCash | | | | 10,489.20 | | State Income Tax | 407.60 | 9,152.96 | 4 | P |
| AutoAllowNAE | | | 230.77 | 4,615.40 | | | 0.00 | | 5 | B |
| PERS | | | 489.50 | 9,683.60 | | VSP Coverage | 1.81 | 37.21 | 6 | |
| | | | | | | Low Opt EE+2 | 127.92 | 2,558.35 | 7 | |
| | | | | | | DeltHMO EE2 | .86 | 19.96 | 8 | |
| | | | | | 3020 | Survivor | .93 | 18.60 | 9 | |
| | | | | | 4010 | Nationwide | 50.00 | 1,000.00 | 10 | |
| | | | | | 5000 | 125-DEP | 43.48 | 739.16 | 11 | |
| | | | | | 5105 | 125-HLTH | 217.39 | 3,695.63 | 12 | |
| | | | | | 7050 | Credit Union | 182.00 | 3,276.00 | 13 | |
| | | | | | | PERS | 489.50 | 9,683.60 | 14 | |

| Gross Pay | 7,713.07 | - | Deductions | 2,651.42 | = | Net Pay | 5,061.65 |

Row 2

Close | Sav | Dis. | Abo. | Links ▼ Print | OLE | Internet

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address Number | 15030 | MC GRATH, JENNIFER M | | | | Route | 5 |
| Check Date | 9/14/2007 | Pay Period Ending Date | | 9/7/2007 | | Check No | 169133 |

| Pay/Accrual Description | Hours | Hourly Rate | Gross Pay | YTD Amount | DBA Code | Deduction Description | Current Amount | YTD Gross Amount | Pay Type | Seq. |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 72.00 | 87.410 | 6,293.52 | 119,001.25 | | Gross Wages | 7713.07 | 155,411.13 | P | |
| GenLvTkn | 8.00 | 87.410 | 699.28 | 5,349.15 | | Federal Income Tax | 1030.86 | 23,600.26 | P | |
| ExecLvTkn | | | | 6,992.80 | | Federal Medicare Withheld | 99.06 | 2,023.59 | P | |
| GenLv toCash | | | | 10,489.20 | | State Income Tax | 407.60 | 8,745.36 | P | |
| AutoAllowNAE | | | 230.77 | 4,384.63 | | | 0.00 | | B | |
| PERS | | | 489.50 | 9,194.10 | | VSP Coverage | 1.81 | 35.48 | | |
| | | | | | | Low Opt EE+2 | 127.92 | 2,430.43 | | |
| | | | | | | DeltHMO EE2 | .86 | 19.10 | | |
| | | | | | 3020 | Survivor | .93 | 17.67 | | |
| | | | | | 4010 | Nationwide | 50.00 | 950.00 | | 1 |
| | | | | | 5000 | 125-DEP | 43.49 | 685.69 | | 1 |
| | | | | | 5105 | 125-HLTH | 217.39 | 3,478.24 | | 1 |
| | | | | | 7050 | Credit Union | 182.00 | 3,094.00 | | 1 |
| | | | | | | PERS | 489.50 | 9,194.10 | | 1 |

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 7713.07 | – | Deductions | 2651.41 | = | Net Pay | 5,061.66 | P |

Row:1

| Address Number | 15030 | | MC GRATH, JENNIFER M | | | Route | 5 | |
| Check Date | 9/01/2007 | | Pay Period Ending Date | 8/24/2007 | | Check No. | 16741 | |

| Pay/Accrual Description | Hours | Hourly Rate | Gross Pay | YTD Amount | DBA Code | Deduction Description | Current Amount | YTD Gross Amount | Seq. | Pay Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 48.00 | 87.410 | 4,195.68 | 112,707.73 | | Gross Wages | 7713.07 | 147,698.86 | 1 | P |
| GenlLvTkn | 18.00 | 87.410 | 1,573.38 | 4,649.87 | | Federal Income Tax | 1030.86 | 22,569.40 | 2 | P |
| ExecLvTkn | 14.00 | 87.410 | 1,223.74 | 6,992.80 | | Federal Medicare Withheld | 99.07 | 1,924.53 | 3 | P |
| GenLvtoCash | | | | 10,489.20 | | State Income Tax | 407.60 | 8,337.76 | 4 | P |
| AutoAllowNAE | | | 230.77 | 4,153.86 | | | 0.00 | | 5 | B |
| PERS | | | 489.50 | 8,704.60 | | VSP Coverage | 1.81 | 33.59 | 6 | |
| | | | | | | Low Opt EE+2 | 127.92 | 2,302.51 | 7 | |
| | | | | | | DeltHMO EE2 | .86 | 18.24 | 8 | |
| | | | | | 3020 | Survivor | .93 | 16.74 | 9 | |
| | | | | | 4010 | Nationwide | 50.00 | 980.00 | 10 | |
| | | | | | 5090 | 125-DEP | 43.48 | 652.20 | 11 | |
| | | | | | 5105 | 125-HLTH | 217.39 | 3,260.85 | 12 | |
| | | | | | 7050 | Credit Union | 0.00 | 2,912.00 | 13 | |
| | | | | | | PERS | 489.50 | 8,704.60 | 14 | |

| Gross Pay | 7,713.07 | - | Deductions | 2,469.43 | = | Net Pay | 5,243.65 |
|---|---|---|---|---|---|---|---|

Row:1

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

Jennifer Michelle McGrath & Bruce Michael
Pulcini, Jr.

In re _____ ,

Debtor

Case No. _____

Chapter _____7_____

**VERIFICATION OF CREDITOR MATRIX**

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 5 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6).  I assume all responsibility for errors and omissions.

Date    11/26/07 _____    Signature      /s/ Jennifer Michelle McGrath
                                        of Debtor      _____
                                                       JENNIFER MICHELLE MCGRATH

Date    11/26/07 _____    Signature      /s/ Bruce Michael Pulcini, Jr.
                                        of Joint Debtor _____
                                                       BRUCE MICHAEL PULCINI, JR.

Richard G. Heston, Esq.
Heston & Heston,
Attorneys at Law
4100 Newport Place
Dr. Suite 260
Newport Beach, CA 92660
(949) 222-1041
(949) 222-1043

Jennifer Michelle McGrath
8612 Lorraine Dr.
Huntington Beach, CA 92646


Bruce Michael Pulcini, Jr.
8612 Lorraine Dr.
Huntington Beach, CA 92646


Richard G. Heston, Esq.
Heston & Heston, Attorneys at Law
4100 Newport Place Dr. Suite 260
Newport Beach, CA 92660


Office of the US Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-4593

Achieve Global
PO Box 414532
Boston, MA 00241


AFLAC
1932 Wynnton Rd.
Columbus, GA 31999


Allison Place Shirt Corp.
2615 Fruitland Ave.
Vernon, CA 90058


American Express
Box 0001
Los Angeles, CA 90096


Bank of America
PO Box 15710
Wilmington, DE 19886


Bank of America
PO Box 15716
Wilmington, DE 19886-5716


Bank of America
PO Box 35140
Louisville, KY 40232


Bank of America
PO Box 9000
Gentzville, NY 19886-5726


Beach Wire & Cable
15881 Chemical Ln.
Huntington Beach, CA 92649


Blue Cross
PO Box 54630
Los Angeles, CA 90054


Cal-Comm LLC
5932 Bolsa Avenue
Suite 102
Huntington Beach, CA 92649

Capital One Bank
PO Box 60067
City of Industry, CA 91716-0067


CB Services
34175 Camino Capistrano
Capistrano Beach, CA 92627


Chase
PO Box 94014
Palatine, IL 60094-4014


Citgo
PO Box 15687
Wilmington, DE 19850


Citibank
PO Box 15109
Wilmington, DE 19850


Dell Financial Services
PO Box 5292
Carol Stream, IL 60197


Discover Financial Services
PO Box 15316
Wilmington, DE 19850


Federal Express
PO Box 7221
Pasadena, CA 91109


First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104


First Premier Bank
PO Box 5519
Sioux Falls, SD 57117


Harris Infosource
2057 E Aurora
Twinsburg, OH 44087

HFS USA
PO Box 8633
Elmhurst, IL 60126


Home Depot
PO Box 6029
The Lakes, NV 88901


Huntington Beach ECU
2000 Main St.
Huntington Beach, CA 92648


Huntington Commerce Ctr LLC
c/o Dominoi Realty
9990 Santa Monica Blvd.
Beverly Hills, CA 90212


Inter-Tel
885 Tradmark Dr.
Reno, NV 89521


Kaiser Permanante
File Number 54803
Los Angeles, CA 90074


Nextel Sprint
PO Box 66075
Dallas, tX 75266-0075


Office Automation
775 Bennett
Longwood, FL 32750


Parallel Technologies
1040 E Howell St.
Anaheim, CA 92805


Pitney Bowes
PO Box 856390
Louisville, KY 40285


Sallie Mae Servicing
1002 Arthur Dr.
Lynn Haven, FL 32444

Security Systems Plus
10411 Kukui Dr.
Huntington Beach, CA 92646


Southern California Edison
PO Box 600
Rosemead, CA 91771


State Farm Fire & Casualty
900 Old River Rd.
Bakersfield, CA 93311-6000


Target Distributing
19560 Ameranth Dr.
Germantown, MD 20874


Telepacfic
PO Box 526015
Sacramento, CA 95852


US Bank
PO Box 790408
St. Louis, MO 63179


Verizon
PO Box 9688
Mission Hills, CA 91346


Washington Mutual
PO Box 660487
Dallas, TX 75266


Wells Fargo Business Line
PO Box 54349
Los Angeles, CA 90054


Wells Fargo Business Loan
PO Box 54349
Los Angeles, CA 90054


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197